**FILED**
November 27, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Cr-S-06-0427 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MELYSSA COOK, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Melyssa Cook</u>, Case No. <u>Cr S-06-0427 MCE</u>, Charge <u>Title 18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    X   Bail Posted in the Sum of $ _10,000.00_

    X   Unsecured Appearance Bond

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond with Surety

    \_   Corporate Surety Bail Bond

    X   (Other)   _Conditions of Probation; 3rd Party Custody of Parents; and Curfew._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _November 27, 2006_ at _2:35_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal