UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                        RE:    Melyssa Thais COOK
                                Docket Number:  2:06CR00427-01
                                **STATUS REPORT/RECOMMENDATION**
                                **FOR DISMISSAL OF VIOLATION PETITION**

Your Honor:

On January 23, 2007, the above-named releasee appeared in Court for a revocation hearing based on violations of Supervised Release that included Use of a Controlled Substance; Failure to Participate in a Program of Drug and Alcohol Testing; Failure to Follow the Instructions of the Probation Officer; Failure to Notify the Probation Officer of a Change of Address; and Association With A Felon.  The violation petition was held in abeyance to allow the releasee time to participate in a residential treatment program through the state-mandated Proposition 36 program, as offered by her state parole agent.

On March 5, 2007, the releasee entered The Effort residential treatment program, and was successfully discharged on June 4, 2007.  She then immediately resided at transitional living/clean-and-sober living environments for another 90 days.  She successfully completed her residential treatment obligations on September 4, 2007.

The releasee was forced to deal with some serious issues during her residential treatment, and made very difficult decisions without reverting to the use of illegal drugs.  She has her own apartment, found suitable employment, and has set realistic future goals for herself. She continues to participate in outpatient treatment through Proposition 36. The releasee has not had any further violations of Supervised Release.

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:    Melyssa Thais COOK**
       **Docket Number:   2:06CR00427-01**
       **STATUS REPORT/RECOMMENDATION**
       **FOR DISMISSAL OF VIOLATION PETITION**

Based on the releasee's positive adjustment under supervision, it is recommended the Superseding Petition filed on December 14, 2006, be dismissed. The releasee will remain under close supervision by the probation officer, and should any further violation conduct occur, the Court will be notified and appropriate action taken.

                    Respectfully submitted,

                    /s/ Dayna D. Ward

                    **DAYNA D. WARD**
                    **Senior United States Probation Officer**

Dated:     October 15, 2007
           Roseville, California
           :ddw/cd


**REVIEWED BY:**          /s/ Richard A. Ertola
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

cc:   Jason Hitt
      Assistant United States Attorney

      Caro Marks
      Assistant Federal Defender


AGREE: XXXX_____          DISAGREE: _____

 Dated: October 17, 2007

                         _____
                         MORRISON C. ENGLAND, JR.
                         UNITED STATES DISTRICT JUDGE