```
                          FILED
                          July 14, 2008
                          CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                          CALIFORNIA
                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff,  )<br>v.    )<br>    )<br>MELYSSA COOK,   )<br>    )<br>    Defendant.  ) | Case No. CR.S-06-0427-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MELYSSA COOK, Case No. CR.S-06-0427-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_    Release to third party custodian

    ___    Bail Posted in the Sum of: $

         ___    Unsecured Appearance Bond

         ___    Appearance Bond with Surety

    _X_    (Other) <u>Conditions as stated on the record.</u>

    _X_    (Other) <u>The Defendant is ordered to appear on 07/24/08 at 9:00 a.m. before the assigned District Judge.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _07/14/08_ at _2:4/p.m_

By _____
Edmund F. Brennan
United States Magistrate Judge