UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                    RE:   Melyssa Thais COOK
                           Docket Number:   2:06CR00427-01
                           REQUEST FOR CONTINUANCE

Your Honor:

This case is currently scheduled for dispositional hearing on September 4, 2008.  The parties have agreed to a three month continuance as Ms. Cook will begin chemotherapy on that date in preparation for a bone marrow transplant. Meanwhile, Ms. Cook's attorney, Caro Marks, will be preparing a memorandum for the Court outlining the time table for Ms. Cook's treatment.

It is respectfully recommended that the hearing in this case be continued to November 6, 2008, at 9 a.m.

                              Respectfully submitted,

                              /s/ Dayna D. Ward

                            **DAYNA D. WARD**
                            **Senior United States Probation Officer**

Dated:       September 3, 2008
               Roseville, California
               DDW


**REVIEWED BY:**        /s/ Richard A. Ertola
                           **RICHARD A. ERTOLA**
                           **Supervising United States Probation Officer**

**RE:   Melyssa Thais COOK
Docket Number:   2:06CR00427-01
<u>REQUEST FOR CONTINUANCE</u>**

cc:   Jason Hitt
Assistant United States Attorney

Caro Marks
Defense Counsel

AGREE:  XXX          DISAGREE:  _____

Dated: September 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE