**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                 RE:    Melyssa Thais COOK
                                         Docket Number:  2:06CR00427-01
                                         **STATUS REPORT /**
                                         **REQUEST FOR CONTINUANCE**

Your Honor:

On August 14, 2008, the above-named probationer last appeared in Court for a revocation hearing based on violations of Supervised Release in two separate petitions filed on April 10, 2008, and July 9, 2008, both alleging Use of a Controlled Substance.  The Court ordered the probationer to continue to participate in drug testing, and proceedings were continued to allow the probationer to receive medical treatment for Hodgkin's Lymphoma.

Since August 2008, the probationer has been receiving intensive therapy in preparation for a bone marrow transplant.  She has had several surgeries and has been placed on chemotherapy regimens.  She has submitted to drug testing twice per month with no evidence of illegal drug abuse.  It is noted the probationer regularly takes morphine to alleviate the pain and discomfort of her cancer and treatment.

The probationer provided a copy of her therapy for the next three months.  It is anticipated she will be receiving her bone marrow transplant in early January 2009 at the Stanford Medical Center, and be under medical care at or near that facility for up to three months.

**RE:   Melyssa Thais COOK**
**        Docket Number:   2:06CR00427-01**
**        STATUS REPORT / REQUEST FOR CONTINUANCE**

Based on the probationer's medical treatment, it is recommended that this case be continued for status hearing for three months to February 5, 2009, and the previously calendared Court hearing for November 6, 2008, be vacated.

                          Respectfully submitted,

                          /s/ Dayna D. Ward

                        **DAYNA D. WARD**
                 **Senior United States Probation Officer**

Dated:      October 31, 2008
            Roseville, California
            :ddw/cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                        **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

cc:    Jason Hitt
       Assistant United States Attorney

       Caro Marks
       Assistant Federal Defender

---

AGREE: XX                              DISAGREE: _____

Dated: November 3, 2008

                          _____
                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE

2